**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6796

CHARLES M. CASSELL, III,

Plaintiff - Appellant,

versus

DOCTOR JAGUST; DOCTOR MICHALAS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:06-ct-03025-BO)

Submitted:  October 4, 2006          Decided:  October 18, 2006

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Dismissed in part; affirmed in part by unpublished per curiam opinion.

Charles M. Cassell, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Cassell, III, seeks to appeal the district court's order denying his motion for "a temporary restraining order and/or a preliminary injunction" in his civil action under 42 U.S.C. § 1983 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The portion of the order denying a temporary restraining order is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss that aspect of the appeal for lack of jurisdiction.

On the other hand, the district court's denial of a request for a preliminary injunction is immediately appealable. 28 U.S.C. § 1292(a)(1) (2000). With respect to the district court's denial of Cassell's motion for a preliminary injunction,[*] we have reviewed the record and find no reversible error. Accordingly, we affirm this portion of the appeal for the reasons stated by the district court. Cassell v. Jagust, No. 5:06-ct-03025-BO (E.D.N.C. Apr. 12, 2006). We also deny all of Cassell's pending motions for general relief in this court. We dispense with oral argument

_____

[*]The district court's written order denied only Cassell's motion for a temporary restraining order. However, the district court's docket sheet indicates the court denied both a temporary restraining order and a preliminary injunction. Cassell appealed from both denials.

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED IN PART;</u>
<u>AFFIRMED IN PART</u>